IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| QONDADO LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAYPAL, INC.,<br><br>　　　　Defendant. | Civil Action File No.: 6:21-cv-565<br><br>JURY TRIAL DEMANDED |

# EXHIBIT B

# CLAIM CHART

| Qondado LLC D857,054 | PayPal (main) App | PayPal HERE App |
|---|---|---|
|  |  |  |